*Seghers* for the plaintiff—*Mazureau* for the defendants.

---

*SORBE* vs. *SALAVIGNAC.*

An affidavit to obtain a new trial, on the ground that part of a letter, on a different sheet, was not read, should state the contents of that part.

APPEAL from tde court of the first district.

MARTIN, J. delivered the opinion of the court. The defendant and appellant prayed a new trial, on the ground that a document, which was read in evidence at the trial as a letter of his, was not entire; the letter being composed of two sheets of letter paper, the

outside one of which was alone read; the inside

one being designedly suppressed, or accidentally omitted to be introduced. That in this manner the evidence offered to the court has misled it; and if the whole had been read, the evidence resulting from it would have placed the case in so different a point of view, that the judgment of the court would have been for the defendant. That he has made this discovery on examining the papers of the suit.

It does not appear to us the district judge erred, as the affidavit does not state the contents of that part of the letter which was not read, so as to enable the court to test the truth of the assertion of the party in relation to the materiality of the facts.

On the merits, nothing authorises us to say the judge *a quo* erred.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be affirmed, with costs.

*Soulé* for the plaintiff—defendant *in propriâ persona.*